CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>Nashville</u> DIVISION

Indictment         ( X )
Complaint          (   )
Information        (   )
Felony             ( x )
Misdemeanor        (   )
Juvenile           (   )

County of Offense:   <u>Montgomery Co</u>
AUSA's NAME:         <u>Farzad</u>

Reviewed by AUSA:    <u>BCF</u>
                     (Initials)

<u>Frank Ross Talbert</u>
Defendant's Full Name

<u>931 Willow Circle Clarksville, TN 37043</u>
Defendant's Address

<u>John Oliva</u>
Defendant's Attorney

Interpreter Needed?   ____ Yes   <u>x</u> No

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1, 3, 5, 7, 9, 11, 13 & 15 | 22 U.S.C. § 2778(b)(2) | Arms Export Control Act Import Violation | 20 year max | $1,000,000 |
| 2, 4, 6, 8, 10, 12, 14 &16 | 18 U.S.C. § 545 | Smuggling Goods into the United States | 20 year max | $250,000 |
| 17 | 18 U.S.C. § 933(a)(1) | Firearms Trafficking | 15 years max | $250,000 |
| 18 & 21 | 18 U.S.C. § 922(0) | Possession of a Machine Gun | 10 year max | $250,000 |
| 19 | 18 U.S.C. § 922(a)(4) | Transporting Prohibited Weapons without a License | 5 year max | $250,000 |
| 20 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms without a License | 5 year max | $250,000 |

**\*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.**

**\*\*A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.**

Is the defendant currently in custody?     Yes  ( )    No  ( x )     If yes, State or Federal?  Writ requested  (   )

Has a complaint been filed?                Yes  ( )    No  ( x )
    If Yes:  Name of the Magistrate Judge _____   Case No.: _____
             Was the defendant arrested on the complaint?       Yes  ( )    No  ( )

Has a search warrant been issued?          Yes  ( x )   No  ( )
    If Yes:  Name of the Magistrate Judge  <u>Frensley</u>           Case No.:  <u>23-mj-2220  thru  2222</u>

Was bond set by Magistrate/District Judge? Yes  ( )   No  ( )     Amount of bond: _____

Is this a Rule 20? Yes ( )  No (x)     To/from what district? _____
Is this a Rule 40? Yes ( )  No (x)     To/from what district? _____

Estimated trial time:    <u>3 days</u>

The Clerk will issue a **Summons/Warrant**  (circle one)  (Note:  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( )  No ( x )     Recommended conditions of release: _____
_____