UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| v. | ] | No. 3:24-cr-92 |
| | ] | Judge Richardson |
| | ] | |
| FRANK ROSS TALBERT | ] | |

**UNOPPOSED**
**MOTION TO CONTINUE JANUARY 21, 2025 TRIAL DATE**
**AND RELATED DEADLINES**

Comes defendant Frank. R. Talbert, through counsel, and moved this Court to continue the trial set for January 21, 2025 and all the related deadlines in this matter. As explained below, Mr. Talbert submits that a six-month continuance is reasonable under the present circumstances. Additionally, the government does not oppose the requested continuance.

In support of this motion, Mr. Talbert submits the following:

1. On May 1, 2024, the Grand Jury returned an Indictment in the above-styled matter, charging Mr. Talbert with twenty-one counts of violating Federal laws. Doc. No. 3, Indictment. Mr. Talbert was arraigned and entered a plea of Not Guilty on May 2, 2024. Doc. No. 8, Minute Entry.

2. Counsel for Mr. Talbert received the initial discovery disclosure via USAfx in May 2024. Undersigned counsel has begun his investigation into the relevant facts and evidence but will require additional time to complete his investigation. Counsel is still reviewing and analyzing the initial discovery disclosure.

3. The disclosure of supplemental discovery is still expected, but not yet received. The supplemental discovery is anticipated to consist of approximately 32 terabytes of digital data/media.

4. Disclosure of the supplemental discovery to Mr. Talbert has been slowed by federal law enforcement screening the digital data to determine if it contains any classified information. Because of delays caused by screening the supplemental discovery for this purpose, it has not yet been disclosed to the defense. Once the supplemental discovery is received, undersigned counsel will need additional time to review and analyze all the discovery, and to investigate the facts based in part on what the government provides.

5. Based on discussions with AUSA Farzad, undersigned counsel anticipates that the voluminous supplemental discovery should be ready to be disclosed by the government in the immediate future.

6. Once the screening is completed, counsel will then be able to determine whether he needs to secure the appropriate security clearance before being able to review any identified classified portion of the supplemental discovery. If there is classified information, counsel will need to apply for and receive the appropriate security clearance to have access to and review any affected supplemental discovery.

7. If classified clearance is not needed, counsel will still need a reasonable amount of time to review the remainder of the 32 terabytes of the supplemental discovery. Given the volume of materials to be reviewed and analyzed, Mr. Talbert submits that a continuance of six months is reasonable.

8. In light of the above status of the supplemental discovery disclosure, counsel cannot be adequately prepared for trial on January 21, 2025.

9. Counsel has conferred with AUSA Brooke Farzad regarding this motion. Ms. Farzad advised via email on November 11, 2024 that the government does not object to a six-month continuance of the trial date and related deadlines under these circumstances.

10. Undersigned counsel has discussed this Motion with Mr. Talbert. Mr. Talbert agrees with the Motion. To this end, undersigned counsel is contemporaneously submitting Mr. Talbert's executed Speedy Trial Waiver as an attachment to this motion.

Accordingly, Mr. Talbert moves that the trial date and related deadlines be continued six months for the above-stated reasons to allow undersigned counsel adequate time to prepare.

Respectfully submitted,

s/ John G. Oliva
JOHN G. OLIVA, No. 10566
1308 Rosa L. Parks Boulevard
Nashville, Tennessee 37208
(615) 254-0202
jgoliva@comcast.net

Counsel for Frank R. Talbert

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing pleading has been provided via the CM/ECF to

Assistant U.S. Attorney Brooke Farzad
719 Church Street, Suite 3300
Nashville TN 37203

On this 11th day of November, 2024.

s/ John G. Oliva
JOHN G. OLIVA