**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:24-cr-92** |
| | ) | **JUDGE RICHARDSON** |
| | ) | |
| **FRANK R. TALBERT** | ) | |

## WAIVER

I, Frank R. Talbert, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq. and the Plan for Prompt Disposition of Criminal Cases adopted by this Court, and have further been advised that my case is currently set for trial on January 21, 2025 and that I may have my case tried by that date if I desire. I hereby consent to having my case continued for trial until a later date and in so doing, waive my rights I may have under the Speedy Trial Act and the Plan for Prompt Disposition of Criminal Cases.

FRANK R. TALBERT, Defendant

6 NOV 24
DATE