UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| v. | ] | No. 3:24-cr-92 |
| | ] | Judge Richardson |
| | ] | |
| FRANK ROSS TALBERT | ] | |

**UNOPPOSED**
**MOTION TO CONTINUE JULY 22, 2025 TRIAL DATE**
**AND RELATED DEADLINES**

The defendant, Frank R. Talbert, through undersigned counsel, hereby moves this Honorable Court for an order continuing the trial set for July 22, 2025, and continuing all trial related deadlines. Assistant United States Attorney Joshua Kurtzman has authorized undersigned counsel to represent to the Court that the government is not opposed to this request for a continuance. As explained below, Mr. Talbert submits that a six-month continuance is reasonable under the present circumstances. Additionally, the government does not oppose the requested continuance.

In support of this motion, Mr. Talbert submits the following:

1. On May 1, 2024, the Grand Jury indicted Mr. Talbert in the above-styled matter, charging him with twenty-one counts of violating federal laws. Doc. No. 3, Indictment. Mr. Talbert was arraigned and entered a plea of Not Guilty on May 2, 2024. Doc. No. 8, Minute Entry.

2. Counsel for Mr. Talbert received the initial discovery disclosure via USAfx in May 2024. Undersigned counsel has been reviewing the relevant facts and evidence received but will require additional time to complete his investigation. There are several areas where Mr. Talbert has asked

counsel to review that could impact how this case is ultimately resolved. Counsel continues to address Mr. Talbert's concerns but needs additional time.

3. The parties have engaged in multiple productive settlement discussions and exchanges. These discussions have involved a diverse range of issues raised by the indictment and the discovery received. Because the issues are multifaceted, the parties need further time to ensure that all concerns are properly considered and as fully addressed as possible. Due to the substantial issues at stake, further time is warranted to ensure Mr. Talbert's' concerns are properly and fairly addressed. Continuing the trial date for approximately six months will afford the time needed to do so.

4. Undersigned counsel has conferred with AUSA Joshua Kurtzman regarding this motion. AUSA Kurtzman advised via email on June 10, 2025 that the government does not object to a six-month continuance of the trial date as calculated from the current July 22, 2025 trial date.

5. Based on the discussions with AUSA Kurtzman, the undersigned parties agree the ends of justice are best served in this case through a continuance rather than a speedy trial. The ends of justice analysis "gives the district court discretion- within limits and subject to specific procedures- to accommodate limited delays for case-specific needs." *Zedner v. United States*, 547 U.S. 489, 489-99 (2006).

6. Undersigned counsel has discussed this Motion with Mr. Talbert. Mr. Talbert agrees with the need for the relief sought in the Motion. To this end, undersigned counsel is contemporaneously submitting Mr. Talbert's executed Speedy Trial Waiver as an attachment to this motion.

Accordingly, Mr. Talbert moves that the July 22, 2025 trial date and related deadlines be continued six months for the above-stated reasons.

Respectfully submitted,

s/ John G. Oliva
JOHN G. OLIVA, No. 10566
1308 Rosa L. Parks Boulevard
Nashville, Tennessee 37208
(615) 254-0202
jgoliva@comcast.net

Counsel for Frank R. Talbert

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing pleading has been provided via the CM/ECF to

Assistant U.S. Attorney Josh Kurtzman
719 Church Street, Suite 3300
Nashville TN 37203

On this 10th day of June, 2025.

s/ John G. Oliva
JOHN G. OLIVA