UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| v. | ] | No. 3:24-cr-92 |
| | ] | Judge Richardson |
| | ] | |
| FRANK ROSS TALBERT | ] | |

**JOINT**
**MOTION TO CONTINUE FEBRUAY 3, 2026 TRIAL DATE**
**AND RELATED DEADLINES**

Come now Frank Ross Talbert through counsel, and the government through Assistant U.S. Attorney Juliet Aldridge, and jointly move the Court for 30-day continuance of the trial date and related pretrial deadlines. In support of this motion, undersigned counsel would show the Court the following:

1. The trial is set to commence on February 3, 2026. The deadline for consummating a plea agreement, if any, is January 20, 2026; and the deadline for submitting plea documents to chambers is three days prior to the plea hearing, currently scheduled for January 26, 2026. (Doc. No. 22).

2. The parties anticipate that the case will likely be resolved with a plea agreement and are actively engaged in settlement discussions and drafting of a plea agreement. However, the defendant and the government need additional time to complete those discussions and to determine if resolutions for both defendant and the government obviate the need for a trial. The complexity and volume of underlying facts further contribute to need for additional time.

3. The parties anticipate that a 30-day continuance of the trial date, with extensions of the deadlines to consummate plea agreements and submit documents to chambers to a date two weeks before the new trial date, will be sufficient for the purposes described herein. If the parties are

unable to reach an agreement, defense counsel and the government will need additional time to complete preparations for trial.

4. Undersigned counsel has discussed this motion with Mr. Talbert. Mr. Talbert agrees with the premise of the motion. To this end, undersigned counsel is contemporaneously submitting Mr. Talbert's executed Speedy Trial Waiver as an attachment to this motion.

Accordingly, Mr. Talbert moves that the trial date and related deadlines be continued approximately 30 days for the reasons set out above.

Respectfully submitted,

s/ John G. Oliva
JOHN G. OLIVA, No. 10566
1308 Rosa L. Parks Boulevard
Nashville, Tennessee 37208
(615) 254-0202
jgoliva@comcast.net

Counsel for Frank R. Talbert

s/ Juliet Aldridge
JULIET ALDRIDGE
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
(615) 736-5151
Juliet.Aldridge2@usdoj.gov