REV 09/18

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

FRANK ROSS TALBERT

(list each defendant appearing at hearing)

)
)
)
)
)
)
)
)
)
)

Case No.: 3:24-cr-00092

Judge: Eli Richardson

Hearing Date: 04/13/2026

Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville

Court Reporter: Gary Schneider

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Juliet Aldridge

Defense Attorney(s): John Oliva

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
   *For items 1-6, a Witness/Exhibit List is required
   and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| | |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| Alt 1. | |

| | |
|---|---|
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| Alt 2. | |

COMMENTS:

Plea hearing held. Plea petition and plea agreement signed and submitted in open court. Defendant pled guilty to Counts 1 - 16 and 21 of the Indictment. Sentencing scheduled for August 10, 2026 at 1:00 p.m. Plea documents to be filed. Order to enter.

Total Time in Court: 43 Minutes

Clerk of Court

by: Julie Jackson

Reset Form