UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK ROSS TALBERT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:24-CR-00092<br>Judge Richardson |

NOTICE OF ADMINISTRATIVE FORFEITURE

The United States of America hereby notifies the Court that five of the firearms identified for forfeiture in the Indictment at Docket Entry No. 3, have been administratively forfeited, specifically:

1. A 7.62x39mm caliber Yugoslavian, M64 type firearm, bearing the serial number 56801, known to law enforcement as CATS ID: 24-ATF-000683, the Zastava M70 7.62 caliber SB rifle, bearing the serial number E56801;

2. 7.62x39mm caliber, Russian manufactured AK47, type 1 firearm, bearing the serial number HP3685, known to law enforcement as CATS ID: 24-ATF-000684, the Unknown Machinegun, bearing the serial number HP3685;

3. 7.62x39mm caliber, Bulgarian manufactured AK47, type 2 firearm with identifying number 3080, known to law enforcement as CATS ID: 24-ATF-000685, type 2 firearm bearing the serial number 3080;

4. 7.62x39mm caliber, Russian manufactured AK47, Type 2 firearm with an obliterated serial number, known to law enforcement as CATS ID: 24-ATF-000686, Type 2 firearm with an obliterated serial number; and

5. 7.62x39mm caliber Czechoslovakian, VZ58 receiver, with identifying number R25381, known to law enforcement as CATS ID: 24-ATF-000690, bearing the serial number R25381

(collectively, "Subject Property"). (Exhibit 1: Declaration of Forfeiture.)

For this reason, no further forfeiture proceedings are necessary with regard to the Subject Property.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney for the
Middle District of Tennessee

s/ Stephanie N. Toussaint
STEPHANIE N. TOUSSAINT
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151
Email: Stephanie.Toussaint@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August 2026 a copy of the foregoing Notice of Administrative Forfeiture was filed electronically. Notice of this filing will be sent to all counsel of record via email by operation of the Court's electronic filing system.

s/ Stephanie N. Toussaint
STEPHANIE N. TOUSSAINT